IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PRUDENCIO RAMIREZ JERONIMO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civ. No. 17 CV 1202 JCH/JMC |
| ) | |
| **JEFF SESSIONS, et al.**, ) | |
| ) | |
| Respondents. ) | |

## ORDER EXTENDING TIME FOR UNITED STATES TO ANSWER PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

THIS MATTER having come before the Court on the government's Motion for Extension of Time to Answer Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. 7] and the Court having reviewed the Motion, finds that the motion is well taken.

IT IS THEREFORE ORDERED that the motion is hereby granted, and the new date to respond to the Petition is Tuesday, January 16, 2018.

_____
THE HON. JOEL M. CARSON III
UNITED STATES MAGISTRATE JUDGE