IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PRUDENCIO RAMIREZ JERONIMO,

      Petitioner,

  v.                            No. 17-CV-1202-JMC-KBM

BRIAN KOEHN, in his official capacity as
Warden of the Cibola County Correctional
Center; WILLIAM JEPSEN, in his official
capacity as Assistant Field Office Director,
Albuquerque Sub-Field Office under the El
Paso Field Office, U.S. Immigration and
Customs Enforcement; DIANE L. WITTE,
in her official capacity as Deputy Field Office
Director, El Paso Field Office, U.S.
Immigration and Customs Enforcement;
WILLIAM P. JOYCE, in his official capacity
as Acting Field Office Director, El Paso Field
Office, U.S Immigrations and Customs
Enforcement; ELAINE DUKE, in her official
capacity as Acting Secretary of the U.S.
Department of Homeland Security;
JEFFERSON BEAUREGARD SESSIONS,
in his official capacity as Attorney General of
the United States,

      Respondents.

**ORDER GRANTING EXPEDITED MOTION TO APPEAR
TELEPHONICALLY AT THE JUNE 20, 2018 STATUS CONFERENCE**

IT IS HEREBY ORDERED that Attorney Jacob B. Lee, counsel for Respondent Brian Koehn, may appear telephonically at the status conference set for June 20, 2018, at 4:30 p.m. in Albuquerque, New Mexico, in accordance with his request to do so [Doc. 28]. Mr. Lee has established good cause to appear telephonically—namely, Mr. Lee's office is located out-of-state

in Chandler, Arizona, and he would otherwise be required to travel to Albuquerque on short notice.

                                                /s/ Joel M. Carson III_____
                                                        Joel M. Carson III
                                                 United States Circuit Judge,
                                                    Sitting by Designation